## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION

In re     Nora Mae Washington            Case No. 3:21-bk-30043-SHB
                                                                          Chapter 7
             Debtor

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at United States Bankruptcy, Howard H. Baker Jr. US Courthouse, Suite 330, 800 Market Street, Knoxville, TN 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movant's attorney, **Zachary S. Burroughs,** 408 S. Northshore Drive, Knoxville, TN 37919, or via Electronic Case Filing; **US Trustee**, Suite 114, 800 Market Street, Howard H. Baker Jr. US Courthouse, Knoxville, TN 37902 and **John Newton**, Chapter 7 Trustee, 1111 Northshore Drive, Suite S-570, Knoxville TN 37919. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

---

## MOTION BY DEBTOR TO AVOID JUDICIAL LIEN OF EULA SMITH IMPAIRING DEBTOR'S HOMESTEAD EXEMPTION

Comes now the Debtor, Nora Mae Washington, pursuant to 11 USC 522(f)(2)(A) and respectfully moves this Honorable Court as follows:

1.     The Debtor filed a Chapter 7 Bankruptcy on January 13, 2021, and included in her schedules indebtedness owing to Eula Smith in the amount of $25,000.00.

2.     The Debtor listed on Schedule A her residential real estate located at 3735 Skyline Drive, Knoxville, TN 37914, and further claimed a homestead exemption of

$25,000.00 in which she is entitled under TCA 26-2-301. Eula Smith through her attorneys, Banks and Jones, recorded a judgment lien encumbering the Debtor's residential real estate, which is recorded as Instrument #202007290007936 in the Knox County Register of Deeds office. A copy is attached hereto as Exhibit A, and is incorporated by reference to this motion.

3. The Debtor respectfully submits that the property has a fair market value of $140,000.00. The Debtor's first mortgage on the property is $139,551.00, owed to Quicken Loan, 1050 Woodward Avenue, Detroit, MI 48226.

4. The Debtors would submit that after the payment of the first mortgage, judgment lien, real estate commission, and the Debtor's allowable homestead exemption, Eula Smith's judgment lien in the amount of $25,000.00 impairs the Debtor's homestead exemption.

WHEREFORE, Debtor moves this Honorable Court for an Order avoiding the judicial lien of Eula Smith on the Debtor's residence located at 3735 Skyline Drive, Knoxville, TN 37914, which impairs the Debtor's right to claim her homestead exemption.

NORA MAE WASHINGTON

/s/ Zachary S. Burroughs

Zachary S. Burroughs, #025896
Clark & Washington, PC
Attorneys for Debtor
408 S. Northshore Drive
Knoxville, TN 37919
(865) 281-8084 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Motion by Debtor to Avoid Judicial Lien of Eula Smith Impairing Debtors Homestead Exemption, Exhibit and proposed Order have been forwarded to the following by U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on January 14, 2021.

| | |
|---|---|
| U.S. Trustee<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | (ECF) |
| John Newton<br>Chapter 7 Trustee<br>1111 Northshore Drive, Suite S-570<br>Knoxville TN 37919 | (ECF) |
| Nora Mae Washington<br>3735 Skyline Drive<br>Knoxville, TN 37914 | (US MAIL) |
| Eula Smith<br>1109 Beaman Lake Road #211<br>Knoxville, TN 37914 | (US MAIL) |
| Banks & Jones<br>c/o Eula Smith<br>2125 Middlebrook Pike<br>Knoxville, TN 37921 | (US MAIL) |
| See attached list of creditors | (US MAIL) |

/s/ Zachary S. Burroughs
Zachary S. Burroughs, #025896

| Label Matrix for local noticing | 3 | Banks and Jones |
| --- | --- | --- |
| 0649-3 | United States Bankruptcy Court | 2125 Middlebrook Pike |
| Case 3:21-bk-30043-SHB | Howard H. Baker Jr. U.S. Courthouse | Knoxville, TN 37921-5855 |
| Eastern District of Tennessee | Suite 330, 800 Market Street | |
| Knoxville | Knoxville, TN 37902-2343 | |
| Thu Jan 14 09:17:57 EST 2021 | | |
| Clark & Washington LLC | Eula Smith | Geico |
| 3300 Northeast Expressway | 1109 Beaman Lake Road, #211 | One Geico Center |
| Bldg 3 Ste A | Knoxville, TN 37914-5774 | Macon, GA 31201 |
| Atlanta, GA 30341-3932 | | |
| Key Building Rentals | Knox County General Sessions Court | Knox County Property Assessor |
| PO Box 331422 | Attn Wanda | 400 Main Street |
| Murfreesboro, TN 37133-1422 | 300 Main Street Room 318 | Ste 204 |
| | Knoxville, TN 37902-1851 | Knoxville, TN 37902-2492 |
| Quicken Loan | SYNCB/Steinmart | TD Auto Finance |
| 1050 Woodward Ave. | PO Box 965005 | PO Box 9223 |
| Detroit, MI 48226-1906 | Orlando, FL 32896-5005 | Farmington, MI 48333-9223 |
| (p)US BANK | United States Trustee | Ashley Nicole Batts |
| PO BOX 5229 | 800 Market Street, Suite 114 | Clark & Washington, LLC |
| CINCINNATI OH 45201-5229 | Howard H. Baker Jr. U.S. Courthouse | 408 S. Northshore Drive |
| | Knoxville, TN 37902-2303 | Knoxville, TN 37919-7542 |
| John P. Newton Jr. | Nora Mae Washington | Zachary S. Burroughs |
| Law Offices of Mayer & Newton | 3735 Skyline Drive | Clark & Washington, LLC |
| 111 Northshore Drive | Knoxville, TN 37914-4872 | 408 S. Northshore Drive |
| Suite S-570 | | Knoxville, TN 37919-7542 |
| Knoxville, TN 37919-4084 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
P.O. Box 108
Saint Louis, MO 63166

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17