# EXHIBIT A

IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

| | |
|---|---|
| EULA SMITH, | |
| Plaintiff, | |
| vs. | Civil Action No. 1-18-20 |
| NORA WASHINGTON, | *NOTICE OF ENTRY REQUESTED* |
| Defendant. | |

### FINAL JUDGMENT

Be it remembered that a default judgment was granted by this honorable Court in the recent matter on April 23, 2020. In lieu of a Writ of Inquiry and in compliance with the April 23rd Order, the Plaintiff has submitted the Affidavit of Eula Smith, which details the damages suffered by the Plaintiff and indicates that an appropriate judgment in this matter would be $25,000.00.

After a review of the Plaintiff's Affidavit and the file as a whole, this Court finds that a judgment in the amount of $25,000.00 is appropriate in this matter.

Accordingly, it is ORDERED that the Plaintiff is granted a judgment in the amount of $25,000.00 against the Defendant, Nora Washington, and further it is ORDERED that all costs in this cause shall be taxed against the Defendant, Nora Washington.

ENTERED this the 11 day of May, 2020.

Hon. Kristi Davis

APPROVED FOR ENTRY:

T. SCOTT JONES
CHRIS W. BEAVERS
Attorneys for the Plaintiff
BANKS & JONES
2125 Middlebrook Pike
Knoxville, Tennessee 37921
(865) 546-2141



## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been mailed or delivered to:

Nora Washington
3735 Skyline Drive
Knoxville, TN 37914

This the 6 day of May, 2020

J. SCOTT JONES
CHRIS W. BEAVERS
Attorneys for the Plaintiff
BANKS & JONES
2125 Middlebrook Pike
Knoxville, Tennessee 37921
(865) 546-2141

2