SO ORDERED.
SIGNED this 10th day of February, 2021

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION

| | |
|---|---|
| In re    **Nora Mae Washington** | Case No. 3:21-bk-30043-SHB<br>Chapter 7 |
| Debtor | |

## ORDER

Upon Motion of the Debtor to avoid the judicial lien of Eula Smith impairing Debtor's homestead exemption; Upon notice to all parties of interest; Upon no objections being filed; for good cause shown:

It is hereby ORDERED that the judicial lien of Eula Smith recorded as Instrument #202007290007936 and encumbering the Debtor's residential real estate at 3735 Skyline Drive, Knoxville, TN 37914, is hereby avoided.

It is further ORDERED that Eula Smith shall record a release of the lien of its judgment of recorded (recorded as Instrument #202007290007936) in the Office of the Register of Deeds of Knox County, Tennessee. If the release is not recorded within 30

days of entry of this order, the Debtor may record this order, which will constitute a release of said lien.

# # #

APPROVED FOR ENTRY:

/s/ Zachary S. Burroughs
Zachary S. Burroughs #025896
Clark & Washington, PC
Attorneys for Debtor
408 S. Northshore Drive
Knoxville, TN 37919
(865) 281-8084 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com


Zachary S. Burroughs, Attorney for Debtor
John Newton, Chapter 7 Trustee
US Trustee
Nora Washington, Debtor
Banks & Jones
Eula Smith
All Creditors on Mailing Matrix